**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ALEKSANDR GRISHIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:26-cv-01647** |
| **CHRISTOPHER BULLOCK, Field Office Director,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |

**ORDER**

Before the Court is Petitioner's Motion to Enforce the Court's Orders. (Doc. No. 16). Respondent shall respond to Petitioner's motion by Monday, November 23, 2026, at 12:00 p.m.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE