Motion (19) is **GRANTED**.

US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALEKSANDR GRISHIN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Case No. 3:26-cv-01647 |
| | ) | Judge Crenshaw |
| v. | ) | Magistrate Judge Frensley |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Respondent, by and through the United States Attorney for the Middle District of Tennessee and the undersigned counsel, respectfully moves this Honorable Court for an extension of time to file its Response to the Petitioner's Motion to Enforce the Court's Orders (Doc. Nos. 13 and 15) and for Immediate Release or, in the Alternative, a Constitutionally Adequate Bond Hearing (Motion), pursuant to this Court's November 21, 2026, Order. (D.E. 17.)

As cause for this motion, Respondent states that his responsive pleading to the Motion is currently due today, November 23, 2026, at 12:00 p.m. (*Id.*) The undersigned states that she received information this morning from the client Agency that the Petitioner is currently in the process of being released. Therefore, additional time is requested to confer with the client Agency, as Petitioner's Motion will become moot once he is released. If granted, Respondent will promptly file a Supplemental Notice of Status Report once the Petitioner is released. Pursuant to Local Rule 7.01(a)(1), the undersigned counsel has conferred with Petitioner's counsel, who indicated that he has no objection to this Motion.